UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

USM ASSET TRUST SERIES-7,

                          Plaintiff,

            -v-

COLONY INSURANCE COMPANY,

                         Defendant.

20 Civ. 1077 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 29, 2020, the parties submitted their proposed case management plan, in which they indicated that they consent to conducting all further proceedings before a Magistrate Judge. 28 U.S.C. § 63(c).  Dkt. 12.  The parties are directed to complete the consent form at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf and submit a scanned copy of the signed form to EngelmayerNYSDchambers@nysd.uscourts.gov forthwith.

The initial pretrial conference in this matter, currently scheduled for May 5, 2020, at 3:30 p.m., Dkt. 8, is adjourned *sine die*.

SO ORDERED.

                                                       *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: April 29, 2020
       New York, New York