```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USM ASSET TRUST SERIES-7,

        Plaintiff,

    -against-

COLONY INS. CO., et al.,

        Defendants.

20-CV-1077 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the August 19, 2020 status conference, it is hereby ORDERED that:

1. Defendant shall respond, on a reasonably prompt date to be agreed upon among counsel, to the interrogatories previously served by plaintiff;

2. The next telephonic status conference will take place on **October 13, 2020, at 10:00 a.m.** At that time, the parties shall call **(888) 557-8511** and enter the access code **7746387**. In advance of the conference, and no later than **October 8, 2020**, the parties shall file a joint status letter updating the Court on the progress of discovery and the status of their settlement discussions, and addressing the need for, and if necessary a schedule for, further discovery.

Dated: New York, New York
       August 19, 2020

                              **SO ORDERED**.

                              _____

                              **BARBARA MOSES**
                              **United States Magistrate Judge**