```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USM ASSET TRUST SERIES-7,

        Plaintiff,

-against-

COLONY INS. CO., et al.,

        Defendants.

20-CV-1077 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the October 13, 2020 status conference, it is hereby ORDERED that:

1. Defendants' summary judgment motion is due no later than **November 16, 2020** and shall comply with Moses Indiv. Prac. § 2(c).

2. After the filing of the summary judgment motion, the parties shall meet and confer promptly to discuss whether additional discovery is necessary prior to the filling of opposition papers. No later than **November 30, 2020**, the parties shall file a joint letter which either (a) presents for the Court's consideration an agreed-upon schedule for any additional discovery and the completion of summary judgment briefing, or, in the event of a disagreement; or (b) describes the disputed issues, briefly outlining each party's position without extended argument.

Dated: New York, New York
       October 14, 2020

                                **SO ORDERED**.

                                **BARBARA MOSES**
                                **United States Magistrate Judge**