```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USM ASSET TRUST SERIES-7,

        Plaintiff,

-against-

COLONY INS. CO., et al.,

        Defendants.

20-CV-1077 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' joint letter dated November 30, 2020 (Dkt. No. 24). Judge Moses will conduct a telephonic conference to determine what discovery, if any, is warranted in connection with the pending summary judgment motion on **December 15, 2020 at 11:00 a.m.** At that time, the parties shall dial **(888) 557-8511** and enter the access code **7746387**. Prior to the conference, and no later than **December 8, 2020**, plaintiff shall file a letter that identifies: (1) each alleged ambiguity in the contract that, in plaintiff's view, necessitates discovery; (2) as to each such ambiguity, precisely what discovery plaintiff seeks; and (3) what admissible evidence plaintiff hopes to obtain, as a result of the discovery sought, that would assist it in opposing summary judgment. Defendant may file a responding letter no later than **December 11, 2020**.

Dated: New York, New York
       December 3, 2020

                                  **SO ORDERED**.

                                  _/s/ Barbara Moses_

                                  **BARBARA MOSES**
                                  **United States Magistrate Judge**